**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADRIENNE MOORE, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>           Plaintiffs,<br>  v.<br><br>APPLE, INC.,<br><br>           Defendant. | Case Nos.: 14-CV-02269-LHK<br>               14-CV-02285-LHK<br><br>CASE MANAGEMENT ORDER |
| ADAM BACKHAUT, BOUAKHAY JOY BACKHAUT, AND KENNETH MORRIS, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>           Plaintiffs,<br>  v.<br><br>APPLE, INC.,<br><br>           Defendant. | |

The Court held an initial case management conference on November 13, 2014. A further case management conference is set for December 17, 2014, at 1:30 p.m.

The Court consolidated *Moore v. Apple, Inc.*, No. 14-CV-02269-LHK and *Backhaut v. Apple, Inc.*, No. 14-CV-02285-LHK, into a single action.

Plaintiffs shall file any stipulation regarding the appointment of interim lead Plaintiffs' counsel by November 19, 2014. In the event Plaintiffs are unable to come to an agreement, the

1
Case Nos.: 14-CV-02269-LHK, 14-CV-02285-LHK
CASE MANAGEMENT ORDER

Court shall hear any motion for appointment of interim lead Plaintiffs' counsel on December 17, 2014, at 1:30 p.m.

Initial disclosures shall be exchanged by November 26, 2014. Discovery shall commence as of the issuance of this order. Any discovery requests by Plaintiffs shall be jointly issued pending an order appointing interim lead Plaintiffs' counsel.

The Court set the following case schedule:

DEADLINE TO FILE CONSOLIDATED AMENDED COMPLAINT: Within 21 days of the Court's order on Defendant Apple's motion to dismiss in *Backhaut v. Apple, Inc.*, No. 14-CV-02285-LHK.

CLASS CERTIFICATION:

    Motion: May 14, 2015
    Opposition: June 12, 2015
    Reply: July 2, 2015
    Joint settlement status report: July 10, 2015
    Hearing: July 30, 2015, at 1:30 p.m.

FACT DISCOVERY CUTOFF: November 6, 2015

EXPERT DISCOVERY:
    Opening Reports: November 20, 2015
    Rebuttal Reports: December 11, 2015
    Close of Expert Discovery: December 23, 2015

DISPOSITIVE MOTIONS shall be filed by January 7, 2016, and set for hearing no later than February 18, 2016 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: April 21, 2016, at 1:30 p.m.

JURY TRIAL: May 9, 2016, at 9 a.m. Trial is expected to last 8 days.

**IT IS SO ORDERED.**

Dated:       November 13, 2014        _____
                                                                           LUCY H. KOH
                                                                         United States District Judge