United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM BACKHAUT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.:14-cv-02285-LHK<br><br>**CASE MANAGEMENT ORDER** |

The March 5, 2014 case management conference is continued to March 18, 2015, at 2 p.m. The parties shall file their joint case management statement by March 11, 2015.

**IT IS SO ORDERED.**

Dated: March 2, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 14-cv-02285-LHK
ORDER