1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ADAM BACKHAUT, et al., | Case No.:14-cv-02285-LHK |
|---|---|
| Plaintiffs, | **ORDER RE PROTECTIVE ORDER AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| APPLE INC., | |
| Defendant. | |

Based on the parties' representations in their second updated joint case management statement, the parties are hereby ordered to file their stipulated protective order by March 18, 2015, for Magistrate Judge Grewal's signature. Any ripe discovery issues should be promptly presented to Judge Grewal, the assigned discovery judge in this matter.

The Court continues the March 18, 2015 case management conference to May 13, 2015, at 2 p.m. The parties shall file a joint case management statement by May 6, 2015.

1

Case No.: 14-cv-02285-LHK
ORDER RE PROTECTIVE ORDER AND CASE MANAGEMENT CONFERENCE

**IT IS SO ORDERED.**

Dated: March 16, 2015

_____
LUCY H. KOH
United States District Judge