1 | WILLIAM M. AUDET (CA SBN 117456)
waudet@audetlaw.com
2 | JOSHUA C. EZRIN (CA SBN 220157)
jmann@audetlaw.com
3 | THEODORE H. CHASE (CA SBN 295823)
tchase@audetlaw.com
4 | AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
T. 415.568.2555
F. 415.568.2556

*Counsel for Plaintiffs Adam Backhaut, Bouakhay Joy Backhaut, and Kenneth Morris*

ROY A. KATRIEL (CA SBN 265463)
rak@katriellaw.com
THE KATRIEL LAW FIRM
4225 Executive Square, Suite 600
La Jolla, California 92037
Telephone: 858.242.5642
Facsimile: 858.430.3719

*Counsel for Plaintiff Adrienne Moore*

[*Additional Counsel Continued on Next Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIENNE MOORE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No.   5:14-cv-02269 LHK<br>Case No.   5:14-cv-02285 LHK<br><br>**CLASS ACTION**<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT** |
| ADAM BACKHAUT, BOUAKHAY JOY BACKHAUT, and KENNETH MORRIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br>Defendant. | DATE: May 20, 2015<br>TIME:   2:00 PM<br>DEPT:  Courtroom 8, 4th Floor |

DAVID M. WALSH (CA SBN 120761)
DWalsh@mofo.com
KAI S. BARTOLOMEO (CA SBN 264033)
KBartolomeo@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

*Attorneys for Defendant Apple Inc.*

# UPDATED JOINT CASE MANAGEMENT STATEMENT

Plaintiffs ADAM BACKHAUT, BOUAKHAY JOY BACKHAUT, and KENNETH MORRIS (collectively "the Backhaut Plaintiffs"), Plaintiff ADRIENNE MOORE ("Plaintiff Moore") (collectively, "Plaintiffs") and Defendant APPLE INC. ("Apple"), by and through their counsel, hereby submit this Updated Joint Case Management Statement in connection with the May 20, 2015 Further Case Management Conference.

Plaintiff Moore and the Backhaut Plaintiffs filed suit against Apple on May 15 and May 16, 2014, respectively.  As detailed more fully below, since the Case Management Conference on November 13, 2014, all parties are actively engaged in discovery, including written discovery, third-party discovery, and depositions.  There are no motions pending at this time.  However, Plaintiffs in both actions will file their motions for class certification on May 14, 2015.

**Resolution of Stipulated Protective Order**

In March 2015, the parties filed cross motions for entry of a protective order to resolve a dispute regarding access to confidential material by retained experts.[1]  On May 1, 2015, the Court granted Apple's Motion and denied Moore's motion, concluding that Apple's proposed protective order should be entered in this action.  The parties intend to submit the final stipulated protective order for the Court's approval and signature in advance of the May 20, 2015 Further Case Management Conference.

**Status of Discovery**

a) *Written Discovery*

The Backhaut Plaintiffs served interrogatories on December 5, 2015.  Apple responded to the Backhaut Plaintiffs' interrogatories on January 17, 2015, and served supplemental responses on February 10, 2015.  Apple served separate sets of interrogatories on each of the Backhaut Plaintiffs on February 14, 2015.  The Backhaut Plaintiffs responded individually on March 26, 2015.

---

[1] The Backhaut Plaintiffs joined in Plaintiff Moore's motion for entry of protective order.

Apple served interrogatories on Plaintiff Moore on March 6, 2015.  Plaintiff Moore responded to Apple's interrogatories on April 13, 2015.

    b)  *Document Production*

All parties have propounded requests for production and have produced documents.  Plaintiff Moore has produced 823 pages of documents; the Backhaut Plaintiffs have produced 255 pages of documents; and Defendant has produced 354,114 pages of documents.

In addition, Plaintiff Moore served third-party subpoenas, including subpoenas to certain wireless carriers.

    c)  *Depositions*

Plaintiffs have taken the depositions of Apple employees Laura Heckman, William Heilman, Jeffrey Kohlman, Justin Wood, Amol Pattekar, and Gokul Thirumalai, and third-party witness Colleen Anderson of AT&T.  Apple has taken the depositions of plaintiffs Kenneth Morris and Adrienne Moore.  The deposition of Plaintiffs Adam Backhaut is scheduled for May 18.  The Backhaut Plaintiffs have requested that Apple stipulate to the dismissal of Plaintiff Joy Backhaut and that her deposition be taken off calendar.

    d)  *Additional Discovery Matters*

The parties are currently meeting and conferring regarding other discovery-related matters.  None of those matters have been submitted to the Court for resolution in any pending motions.  If necessary, the parties will raise appropriate disputes with the Court for resolution.

Dated: May 13, 2015      AUDET & PARTNERS, LLP

/s/ Joshua C. Ezrin
Joshua C. Ezrin
221 Main Street, Suite 1460
San Francisco, CA  94105
Telephone:  415.568.2555
Facsimile:  415.568.2556
jezrin@audetlaw.com

*Attorneys for Plaintiffs Adam Backhaut, Bouakhay Joy Backhaut, and Kenneth Morris and the Proposed Class*

Dated: May 13, 2015                                       ROY A. KATRIEL
                                                          THE KATRIEL LAW FIRM


                                                          /s/ Roy A. Katriel
                                                          ROY A. KATRIEL

                                                          Attorneys for Plaintiff
                                                          ADRIENNE MOORE

Dated: May 13, 2015


                                                          DAVID M. WALSH
                                                          TIFFANY CHEUNG
                                                          KAI S. BARTOLOMEO
                                                          MORRISON & FOERSTER LLP


                                                          /s/ David M. Walsh
                                                          DAVID M. WALSH

                                                          Attorneys for Defendant
                                                          APPLE INC.

I, David M. Walsh, am the ECF user whose ID and password are being used to file this Updated Joint Case Management Statement.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Joshua C. Ezrin and Roy A. Katriel have concurred in this filing.

Dated: March 13, 2015

DAVID M. WALSH
TIFFANY CHEUNG
KAI S. BARTOLOMEO
MORRISON & FOERSTER LLP

By: /s/ David M. Walsh
     DAVID M. WALSH

Attorneys for Defendant
APPLE INC.