United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM BACKHAUT, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br>     Defendant. | Case No.   14-cv-02285-LHK<br><br>**AMENDED ORDER RE ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Re: Dkt. No. 60 |

Plaintiffs' unopposed motion to remove incorrectly filed documents from ECF No. 50 is GRANTED. Plaintiffs have refiled these documents under seal as exhibits to Plaintiffs' administration motion to file under seal, ECF No. 59. The Clerk shall permanently remove ECF No. 50-3 ("Redacted Motion for Class Certification"), 50-5 ("Declaration of JCE in Support of Mtn Class Certification (w Exhs A-V)"), and 50-6 ("Exhibit of JCE in Support of Mtn Class Certification (Exhs V-EE)") from ECF No. 50.

**IT IS SO ORDERED.**

Dated: June 2, 2015

_____
LUCY H. KOH
United States District Judge