WILLIAM M. AUDET (CA SBN 117456)
waudet@audetlaw.com
JOSHUA C. EZRIN (CA SBN 220157)
jezrin@audetlaw.com
THEODORE H. CHASE (CA SBN 295823)
tchase@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
T. 415.568.2555
F. 415.568.2556

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BACKHAUT, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO.: 5:14-cv-02285 (LHK) (PSG)<br><br>**PLAINTIFFS' NOTICE OF ERRATA TO EXPERT DECLARATION OF DR. SIGURD MELDAL**<br><br>Judge: Hon. Lucy H. Koh<br>Hearing Date: Aug. 13, 2015 1:30 p.m.<br>Courtroom: 8 – 4th Floor<br><br>Complaint Filed: May 16, 2014<br>Trial Date: May 9, 2016 |

1  Plaintiffs Adam Backhaut, Joy Bouakhay Backhaut, and Kenneth Morris, by and
through their undersigned counsel, hereby file this Notice of Errata To the Expert Witness
Declaration Of Dr. Sigurd Meldal that was originally filed in support of Plaintiff's Motion for
Class Certification. (See Dkt. No. 53.)

Magistrate Judge Grewal ordered on June 10, 2015 that Plaintiff was to file revised versions of the foregoing expert declaration that struck any reference to the experts' reliance on, or citation to, the deposition transcript of Amol Pattekar and Gokul Thirimalai. (See Dkt. No. 73.) Accordingly, Plaintiff attaches hereto as Exhibit A the Errata to the Expert Declaration of Dr. Sigurd Meldal that omits paragraphs 22 and 44 of his originally filed Expert Declaration (the only paragraphs of Dr. Meldal's Declaration that made any reference to the depositions of Messrs. Pattekar and Thirimalai).

Other than these changes made to comply with Magistrate Judge Grewal's Order, there are no changes to the previously filed Expert Declaration.

Dated this June 16, 2015                    AUDET & PARTNERS, LLP


                                            /s/ Joshua C. Ezrin
                                            Joshua C. Ezrin
                                            jezrin@audetlaw.com
                                            221 Main Street, Suite 1460
                                            San Francisco, CA  94105
                                            Telephone: 415.568.2555
                                            Facsimile: 415.568.2556

                                            *Attorneys for Plaintiffs*

**PLAINTIFFS' NOTICE OF ERRATA TO EXPERT DECLARATION OF DR. SIGURD MELDAL**

# EXHIBIT A

# EXPERT WITNESS DECLARATION

## DR. SIGURD MELDAL

**Prepared by:**

**Dr. Sigurd Meldal**
**Quandary Peak Research**
**7958 Beverly Blvd.**
**Los Angeles, CA 90048**

I, Sigurd Meldal, declare as follows:

1. I am over the age of 18 years, and I am otherwise competent to testify. My statements herein are based on my personal knowledge of the matters set forth.

2. I have been retained by Audet & Partners LLP. I have been asked to offer an opinion regarding the interception of text messages by the APNs and iMessage servers, and related systems and processes.

3. I may find it appropriate to revise or supplement my opinions, analysis and conclusions here in the future and reserve the right to do so.

4. My qualifications are summarized in my CV, a copy of which is attached to my declaration as Exhibit A.

5. I am being compensated at the rate of $500/hour for my work on this case. My compensation is not contingent on the outcome of this case or any portion thereof.

**Qualifications and Experience**

6. I am a professor of computer engineering, software engineering and computer science at San Jose State University and a computer scientist for Quandary Peak Research. I am also director of the Silicon Valley Big Data and Cybersecurity Center at San Jose State University and Co-Director of the NSF Science and Technology Center for Research in Ubiquitous Secure Technologies at University of California, Berkeley.

7. I obtained a degree from University Oslo in informatics in 1982. I studied at the NATO Advanced Science Institute on Concepts of Distributed Programming in 1984 and obtained my doctorate of informatics from the University of Oslo in 1986. I was a Fulbright Scholar at Stanford University in 1986-1987.

8. I have been a professor of computer engineering, software engineering and computer science at San Jose State University since 2002. I served as Chair of the Computer Engineering Department for San Jose State University from 2002 to 2013. I previously taught

computer science at California Polytechnic State University from 1997-2002 and performed research at Stanford University from 1989 to 1998.

**Background**

*9.* Apple's iPhone smartphones support a number of text-oriented messaging protocols. Two of these protocols – the Short Messaging System (SMS) and the Multimedia Messaging System (MMS) – are internationally standardized protocols, with SMS being available on most phones on the market today, and MMS being available on most phones with a camera component, including smartphones such a the iPhone. Additionally, the iPhone provides an Apple proprietary messaging service called iMessage.

**The Short Messaging Service (SMS) and the Multimedia Messaging Service (MMS) protocols and technologies**

10. The Short Message Service was defined as part of the GSM mobile technology family of standards being developed in the 1980s. SMS was covered in GSM standards recommendation 03.40, currently maintained by 3GPP as TS 23.040.

> *The Short Message Service (SMS) provides a means of sending messages of limited size to and from GSM/UMTS mobiles. The provision of SMS makes use of a Service Centre, which acts as a store and forward centre for short messages.[1]*

11. The SMS protocol is not limited to mobile devices. Generally the standard refers to an entity that may send or receive Short Messages as a Short Message Entity (SME).

12. A mobile originated (MO) short message is transferred from a mobile device to a Short Message Service Center (SC), from which it is then delivered to the SME identified by the address (phone number) provided by the originating mobile.

13. The Service Center provides a store-and-forward mechanism. After receiving a short message the Service Center attempts to deliver the message to the intended recipient SME. If the recipient is unreachable then the Service Center stores the message for a later delivery attempt. Optionally it may discard the message.

---

[1] *3rd Generation Partnership Project; Technical Specification Group Core Network and Terminals; Technical realization of the Short Message Service (SMS)*, 3GPP TS 23.040, p. 9

14. The Service Center provides a "best effort" service – there is no guarantee that the message will reach its intended recipient. Empirical data suggests that the delivery rate may be expected to be 95% or better.[2] The SMS standard provides for means to report the successful delivery of a message to the recipient SME.

15. The Multimedia Message Service (MMS) expands the capabilities of SMS beyond that of short text-only messages, to include other media (such as images).

16. Similarly to the SMS standard, the MMS protocols rely on a store-and-forward architecture, with a best effort approach to message delivery.

**iMessage**

17. iMessage is an Apple proprietary service for messaging among Apple equipment – mobile devices (such as iPads and iPhones) and Apple computers running Mac OS X Mountain Lion or later.

18. iMessage provides similar functionality to that of SMS and MMS, with additional services provided (such as encryption). The service is based on the Apple Push Notification (APNs) service platform. APNs is a remote notification service of Apple's, transmitting information (such as a message from another iPhone) to iOS devices (such as iPhones) and OS X devices (such as Macintosh computers). When an iPhone user sends a message to another iPhone then the Messages app (used to send SMS, MMS and iMessages) transmits the message to the APNs devices through a persistent and secure channel, and the APNs then proceeds to notify the recipient iPhone across the persistent connection to that device.[3]

19. As with the SMS and MMS protocols, the APNs use a store-and-forward architecture.

20. When a user activates an iPhone for iMessage use then the public encryption keys of the phone are sent to Apple's IDS server (a set of devices providing Apple's directory

---

[2] X. Meng, P. Zerfos, V. Samanta, S. Wong, S. Lu, *Analysis of the reliability of a nationwide short message service*, in: IEEE INFOCOM '07, pp. 1811–1819.
[3] Apple, Inc., *Local and Remote Notification Programming Guide*, March 9, 2015, p. 36-38

service), where they are associated with the user's phone number or email address, along with the device's APNs address.

21. Users initiate a message by entering an address or name. If the recipient is not registered with the IDS then the user's device will fall back to SMS or MMS as the messaging platform.

22. TEXT DELETED

23. To a user of an iPhone there is little to no functional distinction as to whether a particular message is delivered using SMS, MMS or the iMessage platform, nor does the Apple iPhone User guide make that distinction. The Message application installed on the iPhone by Apple interacts with the user in terms of the contacts (and the phone numbers) that are the recipients or senders of messages, masking for the user the choice of whether a particular message is to be delivered using SMS, MMS or iMessage protocols. The only immediate indication a user has re. which platform an outgoing message made use of is the color of the message in the message log – a blue background indicates that the iMessage platform was used, and a green background indicates that SMS or MMS was used for the outgoing message.

24. The iPhone User Guide speaks of SMS, MMS and iMessage together, in the section on the Messages application:
> *"SMS, MMS, and iMessage*
> *Messages lets you exchange text messages with other SMS and MMS devices using your cellular connection, and with other iOS devices and Mac computers using iMessage."*[4]

25. The iPhone User Guide does not inform the user of the Messages application that a future migration of the user and the phone number to a phone from another vendor would be a cause for technical or reliability concern.[5]

**Migrating from an iPhone to a non-Apple phone**

26. One of the benefits of a modern smartphone using SIM cards is that a user can move the subscription from one phone to another without loss of communication functionality.

---

[4] Apple, Inc., *iPhone User Guide For iOS 8.3 Software*, 2015, p. 77
[5] https://www.apple.com/ios/messages (accessed May 7, 2015)

The telephony and related protocols are standardized, and (with the exception of the CDMA v. GSM divide) the user need not be concerned about migrating from one phone to another, particularly if the migration is within a single carrier. The phone is simply expected to continue to work, phone calls continuing to be received on the same number, messages continuing to be received on the same number.

27. This is indeed the case when the user migrates a phone number among non-Apple phones (say, from a Samsung phone to an HTC phone), a migration that may be effected by moving the SIM card from one phone to the other or by having the carrier copy the information on one SIM card to another in case the two devices have different SIM card form factors (this in case the user is uncomfortable with making use of SIM card adapters or other tools to fit SIM cards to any one phone).

28. However, when a user migrates from an Apple iPhone to a non-Apple phone using the same means – moving the SIM card or moving the phone number to a new SIM card – it turns out that the messaging functionality no longer works correctly. Instead of using the industry standard SMS or MMS protocols, the message is intercepted by Apple's APNs servers.

29. Assume there are three phone users, two with iPhones as their mobile phone device (User A, User B with "iPhone A" and "iPhone B", respectively) and one with a non-iPhone mobile phone (User C with "non-iPhone C").

30. All three can successfully communicate using text messages. Communications between User A and User B will be automatically routed through the iMessage platform, and messages between User A and User C will automatically be routed through the SMS platform.

31. If User A migrates to a non-iPhone mobile phone (say, to an Android or Blackberry device – "non-iPhone A") then User A can still send messages to User B and User C, and messages from User C will continue to be delivered to User A.

32. However, messages from User B (from iPhone B) to User A (no longer on an iPhone) will not be delivered, nor will User A receive any notification on non-iPhone A that

there are one or more messages pending for delivery, even as the delivery of messages from other phones (such as User C) will continue to succeed.

33. The effect is that the iPhone of User B is sending messages intercepted by Apple that should instead have been sent to User A via SMS.

34. Furthermore, if the iPhone of User A (now without a SIM card, and thus without a phone number) is still connected to the internet, e.g., by means of a WiFi connection, then iPhone A will receive the message that was supposed to have been received by non-iPhone A (the active device with User A's phone number).

35. This exercise and the observation that the messages are not delivered to the new phone are reproducible (and have been reproduced under my direction).

**Problem demonstration**

36. At my direction, on May 5th, 2015 we demonstrated the problem of the messages being intercepted by Apple's servers after a phone number used by an iPhone device was moved to a non-iPhone device (in this case, an Android device):

37. A new iPhone 5s running iOS 8.1.2 ("iPhone A") was purchased and activated with phone number 323-606-3563.

38. Two messages from two other iPhones (models 5s and 6) were sent to 323-606-3563. The following screenshots show the receipt of the messages by iPhone A:



39.     A new Android phone, an Alcatel Astro running Android v4.4.4 ("Android A"), was purchased on May 5, 2015, and the number associated with iPhone A - 323-606-3563 - was reassigned to the Alcatel phone.

40.     A text message was sent from a Samsung Galaxy Note 3 running Android v5.0 to 323-606-3563 (now associated with Android A). The message was successfully received on Android A:



41.     Another text message was sent from an iPhone 6 to 323-606-3563 (still associated with Android A). However, the text message was not delivered to Android A.

42.     Furthermore, the message intended for Android A was instead captured by Apple's servers and delivered to *iPhone* A – a phone that at this point was no longer supposed to be associated with phone number 323-606-3563 – it did not even have phone service with any carrier.



**Logging system anomalies (e.g., non-delivery of messages)**

43.     TEXT DELETED

44.     It is good practice to employ such system logs as a basis for analyzing system health and as the starting point for diagnostic tools when errors or other problems are reported. E.g., a particular user becoming unreachable for a sustained period might flag a system problem, or the delivery of messages to phones that no longer have a phone number associated with them might trigger a system alert.

45.     The amount of space devoted to Apple's servers and their logs is discretionary and only limited by the amount of resources Apple chooses to allocate.

46. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 16, 2015

_____
Dr. Sigurd Meldal

# Appendix A