WILLIAM M. AUDET (CA SBN 117456)
waudet@audetlaw.com
JOSHUA C. EZRIN (CA SBN 220157)
jezrin@audetlaw.com
THEODORE H. CHASE (CA SBN 295823)
tchase@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
T. 415.568.2555
F. 415.568.2556

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM BACKHAUT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | **CASE NO.: 5:14-cv-02285(LHK)**<br><br>**PLAINTIFF BOUAKHAY JOY BACKHAUT's MOTION TO VOLUNTARILY DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |

Plaintiff Bouakhay Joy Backhaut ("Plaintiff"), by and through her undersigned counsel, respectfully files this Motion to Voluntarily Dismiss the instant action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Under Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. Proc. 41(a)(2).

Plaintiff sought a stipulation to the dismissal of this action with opposing counsel, as contemplated by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), but the stipulation was not achieved. (See Declaration of Joshua C. Ezrin ("Ezrin Decl.") at ¶¶ 3-6). Rule 41(a)(2) also

provides that "unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." *Id*. Nonetheless, without waiving any rights or benefits as a member of the putative Class, Plaintiff Bouakhay Joy Backhaut hereby requests that her case as Named Plaintiff be dismissed with prejudice.

For the forgoing reasons, Plaintiff Bouakhay Joy Backhaut respectfully requests that the Court dismiss her case against Apple, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), with each side to bear their own costs.

Dated this August 7, 2015                    AUDET & PARTNERS, LLP

/s/ Joshua C. Ezrin
William M. Audet
waudet@audetlaw.com
Joshua C. Ezrin
jezrin@audetlaw.com
221 Main Street, Suite 1460
San Francisco, CA  94105
Telephone: 415.568.2555
Facsimile: 415.568.2556
Attorneys for Plaintiffs