WILLIAM M. AUDET (CA SBN 117456)
waudet@audetlaw.com
JOSHUA C. EZRIN (CA SBN 220157)
jezrin@audetlaw.com
THEODORE H. CHASE (CA SBN 295823)
tchase@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
T. 415.568.2555
F. 415.568.2556

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BACKHAUT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO.: 5:14-cv-02285(LHK)<br><br>**[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFF BOUAKHAY JOY BACKHAUT TO VOLUNTARILY DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |

The Court having considered the Motion of Plaintiff Bouakhay Joy Backhaut to voluntarily dismiss her action against Apple Inc., and good cause appearing therefore, IT IS HEREBY ORDERED THAT, the Motion of Plaintiff Joy Backhaut to Voluntarily Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(2) is hereby GRANTED, with prejudice, with each side to bear their own costs;

**IT IS SO ORDERED.**

Dated: August __,2015              _____
                                   The Honorable Lucy H. Koh
                                   United States District Judge