1  DAVID M. WALSH (CA SBN 120761)
   DWalsh@mofo.com
2  KAI S. BARTOLOMEO (CA SBN 264033)
   KBartolomeo@mofo.com
3  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
4  Los Angeles, California  90017-3543
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone:  415.268.7000
9  Facsimile:  415.268.7522

10  Attorneys for Defendant
    APPLE INC.

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15

16  ADAM BACKHAUT, BOUAKHAY JOY            Case No.    5:14-cv-02285 LHK
    BACKHAUT, and KENNETH MORRIS, on
17  behalf of themselves and all others similarly   **DEFENDANT APPLE INC.'S**
    situated,                                        **ADMINISTRATIVE MOTION TO**
18                                                   **FILE DOCUMENTS UNDER SEAL**
                            Plaintiff,
19                                                   Ctrm:    8 — 4th Floor
              v.                                     Judge:   Hon. Lucy H. Koh
20
    APPLE INC.,                                      Complaint Filed:   May 16, 2014
21                                                   Trial Date:        May 9, 2016
                            Defendant.
22

23

24

25

26

27

28

1        Pursuant to Civil L.R. 7-11 and 79-5 and the Protective Order (Docket Nos. 43-3, 46),

2    Apple Inc. ("Apple") respectfully requests leave of Court to file under seal portions of its Motion

3    for Summary Judgment, certain exhibits (or portions thereof) to the Declaration of Tiffany

4    Cheung in support of the Motion for Summary Judgment (referred to herein as the "Cheung

5    Summary Judgment Motion Declaration"), portions of the Declaration of Justin M. Wood in

6    support thereof ("Wood Summary Judgment Motion Declaration"), and portions of the

7    Declaration of Jeffrey J. Kohlman in support thereof ("Kohlman Summary Judgment Motion

8    Declaration").

9        The presumption of access to judicial records is rebutted here, and there is a compelling

10    reason for these documents to be filed under seal, because, as discussed in the concurrently-filed

11    Declaration of Scott B. Murray ("Murray Declaration"), portions of these documents reflect

12    confidential information regarding Apple's internal policies and customer service procedures

13    (Murray Decl. ¶¶ 3-5), confidential information regarding how Apple's proprietary technology

14    operates (*id.*), and personal information about non-parties (*id.* ¶ 11).  *See, e.g., In re Google Inc.*

15    *Gmail Litig.*, No. 13-MD-02430-LHK, 2013 WL 5366963 (N.D. Cal. Sept. 25, 2013) (granting

16    motion to seal sensitive materials relating to how Google technology operates); *Transperfect*

17    *Global, Inc. v. Motionpoint Corp.*, No. C 10-2590 CW, 2013 WL 209678 (N.D. Cal. Jan. 17,

18    2013) (granting motion to seal exhibits that contained proprietary information about the sealing

19    party's internal business operations and technology); *Neill v. Bank of Am., N.A.*, No. 11-CV-

20    2254-BGS, 2012 U.S. Dist. LEXIS 178260 (S.D. Cal. Dec. 14, 2012) (granting motion to seal

21    documents detailing defendant's internal policies and procedures).

22        In addition, in an abundance of caution and in order to give Plaintiffs the opportunity to

23    seek to seal their own documents, Apple seeks to seal Plaintiff Adam Backhaut's Objections and

24    Responses to Apple's First Set of Interrogatories.  (Murray Decl. ¶ 10.)  Similarly, Apple seeks to

25    seal excerpts from the depositions of Plaintiffs' expert, Dr. Sigurd Meldal.  (*Id.* ¶ 9.)  Apple also

26    seeks to file under seal portions of the declaration of Winston Krone.  Mr. Krone's declaration

27    discusses the forensic examination of certain mobile devices produced as highly confidential by

28    Plaintiffs.  (*Id.* ¶ 8.)

Apple's Admin. Motion To File Documents Under Seal
Case No. 5:14-cv-02285 LHK
sf-3554589

1

1    Finally, Apple seeks to redact portions of the Motion for Summary Judgment that contain

2  information drawn from the exhibits and declarations identified in the Murray Declaration.

3  (*Id.* ¶ 13.)

4    Accordingly, Apple respectfully requests that the Court grant its motion to seal.

5

6

7  Dated: August 7, 2015                    DAVID M. WALSH
                                           KAI S. BARTOLOMEO
8                                          TIFFANY CHEUNG
                                           MORRISON & FOERSTER LLP
9

10

11                                    By:  */s/ David M. Walsh*
                                           DAVID M. WALSH
12
                                           Attorneys for Defendant
13                                         APPLE INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28