William M. Audet   (CA SBN 117456)
Joshua C. Ezrin      (CA SBN 220157)
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone:  415.568.2555
Facsimile:   415.568.2556
waudet@audetlaw.com
jezrin@audetlaw.com
tchase@audetlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM BACKHAUT and KENNETH MORRIS, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No.   5:14-cv-02285-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION REQUESTING REVIEW OF THE CLERK'S ORDER ON DEFENDANT'S REQUESTED BILL OF COSTS**<br><br>Place:     Courtroom 8 – 4th Floor<br>Judge:    Hon. Lucy H. Koh<br><br>Complaint Filed:    May 16, 2014 |

The Court, having considered Plaintiffs ADAM BACKHAUT'S and KENNETH MORRIS' Motion Requesting Review of the Clerk's Order on Bill of Costs From Apple, Inc., and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Plaintiffs' Motion is GRANTED.

Dated: _____          _____
                                Honorable Lucy H. Koh
                                United States District Judge